**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Arlando Torres**<br>DOB: 1985; United States Citizen<br>**Mauricio Robles**<br>DOB: 1995; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-01687MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 4, 2020, in the District of Arizona, Arlando TORRES and Mauricio ROBLES knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1,680 rounds of 5.56mm ammunition, 1,000 rounds of 10mm ammunition, 3,200 rounds of 7.62x39mm ammunition, and 50 rounds of 7.62x25mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 4, 2020, law enforcement officers conducted a traffic stop of a vehicle traveling eastbound on Interstate 10 near Eloy, Arizona, for unlawful window tint. The driver of the vehicle was identified as Arlando TORRES, and the passenger was identified as Mauricio ROBLES. Officers noticed that the back end of the vehicle appeared to be low, and TORRES stated that the trunk was full of ammunition. Officers found 1,680 rounds of 5.56mm ammunition, 1,000 rounds of 10mm ammunition, 3,200 rounds of 7.62x39mm ammunition, and 50 rounds of 7.62x25mm ammunition in the trunk of the vehicle.

After being advised of and waiving his Miranda rights, ROBLES stated that he knew there was ammunition in the vehicle and had purchased the 50 rounds of 7.62x25mm ammunition to bring to his residence in Nogales, Sonora, Mexico. ROBLES also stated that he rented his vehicle to TORRES to use in transporting all of the ammunition from the United States into Mexico.

After being advised of and waiving his Miranda rights, TORRES stated that he received instructions from an individual in Nogales, Sonora, Mexico, to purchase the ammunition and provide it to an associate in Rio Rico, Arizona, who would then bring the ammunition into Mexico. TORRES stated he agreed to purchase and transport the ammunition in exchange for payment.

Neither TORRES, ROBLES, nor any other individual involved in the ammunition smuggling had a license or other lawful authority to export the ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>MICAH C MAULDEN — Digitally signed by MICAH C MAULDEN<br>Date: 2020.05.05 11:03:23 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Micah C. Maulden |

Sworn by telephone  _x_

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>May 5, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54